E. LYNN SCHOENMANN, Trustee
800 Powell St
San Francisco CA 94108

Telephone: (415) 362-0415
Fax:       (415) 362-0416
Email:     lschoenmann@earthlink.net

**FILED**
**OCT 18 2006**
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:                    ) Case No. 01-30341 STC
                          )
ISHARP INC                ) NOTICE OF UNCLAIMED DIVIDENDS
                          )
                          )
            Debtor(s)     )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the trustee in the above captioned case hereby turns over to the court, unclaimed dividend in the amount of $76,729.18. The name and address of the claimants entitled to the unclaimed dividends are as follows:

| Claim No. | Name & Address of Claimant | Amount | |
|---|---|---|---|
| 15 | KRISTIN PALMER<br>268 SEALE AVE<br>PALO ALTO CA 94301 | $364.78 | (CK#3010) |
| 1 | MARGARET M MADER<br>1100 RALSTON AVE 301<br>BELMONT CA 94002 | $575.83 | (CK#3017) |
| 2 | ACTRIGHT<br>DWIGHT CALRSON<br>3374 BRITTAN AVE 13<br>SAN CARLOS CA 94070 | $1,493.34 | (CK#3018) |
| 6 | OAKMEAD PRINTING INC<br>233 WEDDEL DR G<br>SUNNYVALE CA 94089 | $95.47 | (CK#3022) |

| | | | | |
|---|---|---|---|---|
| 10 | TECH PARTNERS INTERNATIONAL<br>POB 191914<br>SAN FRANCISCO CA 94119-1914 | $7,911.95 | (CK#3026) |
| 27 | BIZAQ<br>ATTN CHARLES GRAHAM<br>WEST VIEW, STOCKLEIGH PAMEROY<br>NR CREDITON<br>DEVON EX174AU ENGLAND | $1,194.21 | (CK#3037) |
| 29 | HOTJOBS.COM LTD<br>ATTN JULIE SHEMAAK<br>406 W 31ST ST 9TH FL<br>NEW YORK NY 1001 | $875.27 | (CK#3039) |
| 32 | JENNIFER J FRIEDMAN<br>314 CHILVERTON ST<br>SANTA CRUZ CA 95062 | $1,957.83 | (CK#3041) |
| 34 | NICHOLAS POWERS<br>7 HOLLIES CLOSE, TWICKENHAM<br>LONDON TW1 4NL ENGLAND | $573.65 | (CK#3043) |
| 37 | DOTCLICK CORP<br>ATTN OLIVER JONES<br>327 SUMMER ST 4<br>BOSTON MA 02210 | $7,186.40 | (CK#3045) |
| 39 | DPI<br>214 LINCOLN ST 202<br>BOSTON MA 02134 | $5,100.98 | (CK#3047) |
| 41 | A HERNDON AND ASSOCIATES<br>5100 WESTHEIMER 200<br>HOUSTON TX 77056 | $3,901.27 | (CK#3048) |
| 42 | WEBZONE INC<br>AKA YIPES INC<br>3200 SCOTT BLVD<br>SANTA CLARA CA 95054 | $4,114.95 | (CK#3049) |
| 46 | PEOPLE ONSITE<br>370 BRIDGE PARKWAY STE 2<br>REDWOOD SHORES CA 94065 | $35,839.89 | (CK#3053) |
| 47 | ANNETTE CORMIER<br>540 N SANTA CRUZ AVE 271<br>LOS GATOS CA 95030 | $2,111.39 | (CK#3054) |

| | | | |
|---|---|---|---|
| 22 | JB HALE DESIGN  1386 CUERAVACA CIRCULO  MT VIEW CA 94040 | $3,431.97 | (CK#3033) |

TOTAL UNCLAIMED FUNDS          $76,729.18


DATED:   October 13, 2006          BY: _____
                                    E. LYNN SCHOENMANN
                                    TRUSTEE