

FILED
DEC 1 8 2006
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NOTHERN DICTRICT OF CALIFORNIA

In re:

iSharp, Inc

Debtor(s)

Case No: 01-30341 STC

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to DPI, in the amount of $5,100.98 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that DPI C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $5,100.98, to:

DPI
C/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125.

Dated: DEC 1 8 2006

_____
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

iSharp, Inc

Case No: 01-30341 STC

Debtor(s)

## APPLICATION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for Dynamic Productions, Inc, claimant, hereby petitions the Court for $5,100.98, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to DPI, creditor.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was mailed to DPI At 214 Lincoln St 202, Boston, MA 02134. That address is no longer valid. The change of address prevented delivery of the original dividend check. In addition, DPI is the acronym for Dynamic Productions, Inc., as evidenced by exhibit A, which is also evidence of the address of record.

The Creditor's mailing address at the time the claim was filed with the Court was:

DPI
214 Lincoln St 202
Boston, MA 02134

The claimant's current mailing address is:

Dynamic Productions, Inc
Stephen Demirjian President
500 N Congress Ave Apt C108
Delray Beach, FL 33445-3471
Last four digits of SS#/Tax ID: 9380

Dated: 11/20/2006

Brian J. Dilks
Dilks & Knopik, LLC
PO Box 2728, Issaquah, WA 98027-0125
(425) 836-5728

2

Case: 01-30341   Doc# 237   Filed: 12/18/06   Entered: 01/12/07 16:20:21   Page 2 of 14

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Subscribed and Sworn Before Me this ___20___ day of __November__, 20_06_.

SEAL                    _____
                        Caryn M. Dilks, Notary Public
                        My commission expires: July 29, 2010
                        Notary in and for the State of Washington



2

E. LYNN SCHOENMANN, Trustee
800 Powell St
San Francisco CA 94108

Telephone: (415) 362-0415
Fax:       (415) 362-0416
Email:     lschoenmann@earthlink.net

FILED
OCT 18 2006
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:                              ) Case No. 01-30341 STC
                                    )
ISHARP INC                          ) NOTICE OF UNCLAIMED DIVIDENDS
                                    )
                                    )
            Debtor(s)               )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the trustee in the above captioned case hereby turns over to the court, unclaimed dividend in the amount of $76,729.18. The name and address of the claimants entitled to the unclaimed dividends are as follows:

| Claim No. | Name & Address of Claimant | Amount | |
|---|---|---|---|
| 15 | KRISTIN PALMER<br>268 SEALE AVE<br>PALO ALTO CA 94301 | $364.78 | (CK#3010) |
| 1 | MARGARET M MADER<br>1100 RALSTON AVE 301<br>BELMONT CA 94002 | $575.83 | (CK#3017) |
| 2 | ACTRIGHT<br>DWIGHT CALRSON<br>3374 BRITTAN AVE 13<br>SAN CARLOS CA 94070 | $1,493.34 | (CK#3018) |
| 6 | OAKMEAD PRINTING INC<br>233 WEDDEL DR G<br>SUNNYVALE CA 94089 | $95.47 | (CK#3022) |

- 1 -

| | | | | |
|---|---|---|---|---|
| 10 | TECH PARTNERS INTERNATIONAL<br>POB 191914<br>SAN FRANCISCO CA 94119-1914 | $7,911.95 | (CK#3026) |
| 27 | BIZAQ<br>ATTN CHARLES GRAHAM<br>WEST VIEW, STOCKLEIGH PAMEROY<br>NR CREDITON<br>DEVON EX174AU ENGLAND | $1,194.21 | (CK#3037) |
| 29 | HOTJOBS.COM LTD<br>ATTN JULIE SHEMAAK<br>406 W 31ST ST 9TH FL<br>NEW YORK NY 1001 | $875.27 | (CK#3039) |
| 32 | JENNIFER J FRIEDMAN<br>314 CHILVERTON ST<br>SANTA CRUZ CA 95062 | $1,957.83 | (CK#3041) |
| 34 | NICHOLAS POWERS<br>7 HOLLIES CLOSE, TWICKENHAM<br>LONDON TW1 4NL ENGLAND | $573.65 | (CK#3043) |
| 37 | DOTCLICK CORP<br>ATTN OLIVER JONES<br>327 SUMMER ST 4<br>BOSTON MA 02210 | $7,186.40 | (CK#3045) |
| 39 | DPI<br>214 LINCOLN ST 202<br>BOSTON MA 02134 | $5,100.98 | (CK#3047) |
| 41 | A HERNDON AND ASSOCIATES<br>5100 WESTHEIMER 200<br>HOUSTON TX 77056 | $3,901.27 | (CK#3048) |
| 42 | WEBZONE INC<br>AKA YIPES INC<br>3200 SCOTT BLVD<br>SANTA CLARA CA 95054 | $4,114.95 | (CK#3049) |
| 46 | PEOPLE ONSITE<br>370 BRIDGE PARKWAY STE 2<br>REDWOOD SHORES CA 94065 | $35,839.89 | (CK#3053) |
| 47 | ANNETTE CORMIER<br>540 N SANTA CRUZ AVE 271<br>LOS GATOS CA 95030 | $2,111.39 | (CK#3054) |

| | | | |
|---|---|---|---|
| 22 | JB HALE DESIGN<br>1386 CUERAVACA CIRCULO<br>MT VIEW CA 94040 | $3,431.97 | (CK#3033) |

TOTAL UNCLAIMED FUNDS       $76,729.18

DATED: October 13, 2006        BY: _____
                                 E. LYNN SCHOENMANN
                                 TRUSTEE

- 3 -

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: iSharp, Inc ) Case: 01-30341 STC
)
) **AUTHORITY TO ACT**
) **Limited Power of Attorney**
) **Limited to one Transaction**
Debtor(s) )

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFRENCED CASE

1. **Dynamic Productions, Inc** with a tax identification number of __04-3499380__, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$5,100.98** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall be come effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____[signature]_____                    __NOVEMBER 13__, 20 _06_
Signature                                    Date

__STEPHEN DEMIRJIAN__                        __PRESIDENT__
Print Name                                   Title

Stephen Demirjian
DIRECTOR
steve@dpihq.com
T 617.779.0300 x 206
F 617.779.0322
C 617.470.3180
dpihq.com
214 Lincoln Street, Suite 202
Boston, MA 02134

Affix Corporate Seal Below
Or if Corporate Seal Unavailable Sign Affidavit Below:

*AFFIDAVIT IF CORPORATE SEAL IS UNAVAILABLE*
BE IT ACKNOWLEDGED, that the undersigned hereby says under oath that the corporate seal for Dynamic Productions, Inc is presently unavailable to the undersigned.
BY: ___[signature]___, PRESIDENT
Signature and title

## ACKNOWLEDGMENT

STATE OF __Florida__ )
COUNTY OF __Palm Beach__ )

On this __13__ day of __November__, __2006__, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) __Stephen Demirjian__ known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

NOTARY PUBLIC ___[signature]___

Residing at __14545 S Military Tr, Delray BCH Fl 33484__

JACK M. LEINWOHL
MY COMMISSION # DD 375933
EXPIRES: February 2, 2009
Bonded Thru Notary Public Underwriters

My Commission expires _____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| iSharp, Inc | Case No: 01-30341 STC |
| | Chapter 7 |
| Debtor(s) | AFFIDAVIT OF SERVICE |

Notice is hereby given that on 11/20/2006 a copy of the Application claiming funds in the amount of $5,100.98, on behalf of Dynamic Productions, Inc, was mailed to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102.

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 11/20/2006

Brian J. Dilks
Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027

The Commonwealth of Massachusetts
William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

FEE: $ 85.00

NOTE: PLEASE TYPE OR PRINT CLEARLY!

# MASSACHUSETTS CORPORATION ANNUAL REPORT

Federal Identification No. 04-3499380

1. The exact name of the corporation is: DYNAMIC PRODUCTIONS INC

2. Location of its principal office in Massachusetts: 214 LINCOLN STREET, SUITE 202 (number and street)
   BOSTON (city or town)  MA (state)  02134 (zip)

   NOTE: If corporation is organized wholly to do business outside Massachusetts, state location of that office also:

   _____ (number & street)  _____ (city or town)  _____ (state)  _____ (zip)

3. Name and address of the Resident Agent, if any: _____ (name)

   _____ (number & street)  _____ (city or town)  _____ (zip)

4. Date of the end of the last fiscal year was: December (month) 31 (day) 2000 (year)

5. Check here if the corporation stock is publicly traded: ☐

6. The capital stock of each class as of the end of its last fiscal year was:

| CLASS OF STOCK | PAR VALUE PER SHARE STATE IF NO PAR | TOTAL AUTHORIZED BY ARTICLES OF ORGANIZATION OR AMENDMENTS | | TOTAL ISSUED AND OUTSTANDING |
| --- | --- | --- | --- | --- |
| | | Number of Shares | Total Par Value | Number of Shares |
| COMMON: | NO PAR | 200000 | | 4000 |
| PREFERRED: | | | | |

7. State the names and addresses of the officers specified below and of all the directors of the corporation, and the date on which the term of office of each expires:

| OFFICERS | NAME | ADDRESS Number, Street, City or Town, State, Zip Code | EXPIRATION OF TERM |
| --- | --- | --- | --- |
| PRESIDENT | STEPHEN DEMIRJIAN | 22 PEQUOSSETTE ST WATERTOWN MA 02472 | * |
| TREASURER | ANDREW DEMIRJIAN | 107 SPRING ST #2-4 WATERTOWN MA 02472 | * |
| CLERK | ANDREW DEMIRJIAN | 107 SPRING ST #2-4 WATERTOWN MA 02472 | * |
| DIRECTORS | ANDREW DEMIRJIAN | 107 SPRING ST #2-4 WATERTOWN MA 02472 | * |
| | STEPHEN DEMIRJIAN | 22 PEQUOSSETTE ST WATERTOWN MA 02472 | * |

* UNTIL SUCCESSOR IS ELECTED AND DULY QUALIFIED

The undersigned STEPHEN DEMIRJIAN , being the PRESIDENT of the above-named corporation, in compliance with the General Laws, Chapter 156B, hereby certify that the above information is true and correct as of the dates shown. IN WITNESS WHEREOF AND UNDER PENALTIES OF PERJURY, I hereto sign my name on this _____ day of _____ , 20 ___ .

Signature: _____

Title: PRESIDENT

Contact Person: _____

Contact Person Telephone #: _____

EXHIBIT A

FORM B10 (Official Form 10)(4/98)

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF CALIFORNIA (SANFRANCISCO) | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>iSharp, Inc. | Case Number: 01-30341-c7<br>Chapter 7<br>Creditor Id: 2767497 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>DPI<br>Name and Address where notices should be sent:<br><br>DPI<br>214 Lincoln St. Ste.202<br>Boston, MA 02134<br><br>Telephone Number: 617-779-0300 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | FILED<br>APR 0 9 2001<br>KEENAN G. CASADY, CLERK<br>UNITED STATES BANKRUPTCY COURT<br>SAN FRANCISCO, CA<br><br>THIS SPACE IS FOR COURT USE ONLY |

Account or other number by which creditor identifies debtor: iSharp

Check here if ☐ replaces ☐ amends a previously filed claim, dated _____
this claim

| 1. Basis for Claim<br>☐ Goods sold<br>☒ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>Your SS #: _____<br>Unpaid compensation for services performed<br>from _____ to _____<br>(date) (date) |
|---|---|
| 2. Date debt was incurred: 12/14/00 | 3. If court judgment, date obtained: |

4. Total Amount of Claim at Time Case Filed: $ 11,073.02
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. Secured Claim.<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br>Brief Description of Collateral:<br>☐ Real Estate ☐ Motor Vehicle<br>☐ Other _____<br><br>Value of Collateral: $_____<br><br><br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____ | 6. Unsecured Priority Claim.<br>☒ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $ 11,073.02<br>Specify the priority of the claim:<br>☒ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).<br>☐ Up to $ 1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).<br><br>*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
8. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**MAIL CLAIM TO:**
Clerk's Office
U.S. Bankruptcy Court
235 Pine St.
P.O. Box 7341
San Francisco, CA
94120-7341

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 3/25/01 | Stephen Demirjian, STEPHEN DEMIRJIAN, DIRECTOR, DPI |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

003179


**Name: DPI — Corporate Marketing Expense Report**

Steve and Alice Demirjian

| City / Client Visited | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NY/iSharp | | | | | | | | | |
| WEEK ENDED | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY | COLUMN TOTALS |
| | | 12/11/2000 | 12/12/2000 | | | | | | |

### SECTION #1 - Telephone/Office Supplies

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Phone | | | | | | | | | $0.00 |
| Office Supplies | | | | | | | | | $0.00 |
| SECTION #1 TOTALS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

### SECTION #2 - Computer S/W & H/W Expenses

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| Other | | | | | | | | | $0.00 |
| SECTION #2 TOTALS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

### SECTION #3 - Travel Expenses

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY | TOTALS |
|---|---|---|---|---|---|---|---|---|---|
| Mileage | | | | | | | | | |
| Rate reimbursement | $0.29 | $0.29 | $0.29 | $0.29 | $0.29 | $0.29 | $0.29 | $0.29 | |
| Mile Expense | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Airline | | | $444.00 | | | | | | $444.00 |
| Lodging | | | $329.00 | | | | | | $329.00 |
| Rental Car | | | | | | | | | $0.00 |
| Rental Car Fuel | | | | | | | | | $0.00 |
| Taxi, Tolls | | $39.10 | $36.20 | | | | | | $75.30 |
| Parking | | | $36.00 | | | | | | $36.00 |
| Other travel (misc. tips) | | $7.00 | $8.00 | | | | | | $15.00 |
| SECTION #3 TOTALS | $0.00 | $46.10 | $853.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $899.30 |

### SECTION #4 - Meals & Entertainment Expenses

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Breakfast | | $8.45 | | | | | | | $8.45 |
| Lunch | | $46.60 | $22.10 | | | | | | $68.70 |
| Dinner | | $40.56 | $50.66 | | | | | | $91.22 |
| Misc. (Water, Coffee, Snacks, etc.) | | | $5.35 | | | | | | $5.35 |
| Other | | | | | | | | | $0.00 |
| SECTION #4 TOTALS | $0.00 | $95.61 | $78.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $173.72 |

### SECTION #5 - Miscellaneous Expenses

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| SECTION #5 TOTALS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

### SECTION #6 - Entertainment, Business Meals, Etc. Detail

| Names of Persons (Excluding Self) | Company Affiliation | Services Provided | Location | Code | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

BUSINESS RELATIONSHIP CODES: 1 = Dealer/Rep, 2 = Prospective Customer, 3 = Company Business Meeting, 4 = Other (Explain) in Comments Section

### EXPENSE RELATED COMMENTS

| I certify that all expenses herein indicated were actually incurred and paid by me incurred and paid by me while conducting company business. | **Reimbursement Summary** | |
|---|---|---|
| | Balance Forwarded | |
| Employee Signature / Date | Advances Received | |
| | Paid by Company | |
| | TOTAL Advances | $0.00 |
| | Less Expenses | $1,073.02 |
| Signature of Approving Authority / Date | Advance Balance | ($1,073.02) |
| | Employee Returned | |
| | Total Due Employee | $1,073.02 |

| ACCOUNTING NOTES | | |
|---|---|---|
| Telephone | 1-070-7050 | $0.00 |
| Office Supplies | 1-070-7200 | $0.00 |
| Travel | 1-070-7251 | $899.30 |
| Meals & Ent. | 1-070-7300 | $173.72 |
| Misc. | 1-070-8999 | $0.00 |

| Invoice # | 120601 |
|---|---|
| **Client: iSharp** | |
| **Show: e-Business Expo** | |
| Show production and entertainment | $20,000.00 |
| Amount Received | $ 10,000.00 |
| Remaining Balance | $ 10,000.00 |
| **TOTAL DUE** | **$ 10,000.00** |

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (SanFrancisco)

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor corporation listed below was filed on 2/15/01.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor (name(s) and address):
iSharp, Inc.
esharp
2200 Bridge Pkwy. #101
Redwood City, CA 94065

| Case Number: | Taxpayer ID Nos.: |
|---|---|
| 01-30341 c7 | 94-3340272 |

| Attorney for Debtor (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| J. Michael Kelly | E. Lynn Schoenmann |
| Law Offices of Cooley and Godward | 1 Nob Hill Circle |
| 1 Maritime Plaza 20th Fl. | San Francisco, CA 94108 |
| San Francisco, CA 94111 | |
| Telephone number: (415) 693-2000 | Telephone number: (415) 267-6124 |

### Meeting of Creditors:

Date: **03/14/01**     Time: **1:00 pm**

Location: **Office of the U.S. Trustee, 250 Montgomery St. #1010, San Francisco, CA 94104**

### Deadline to File a Proof of Claim:

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit): **06/12/01**     For a governmental unit: **Must file before 180 days after the date relief was entered.**

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| U.S. Bankruptcy Court | Clerk of the Bankruptcy Court: |
| 235 Pine St. | Keenan G. Casady |
| P.O. Box 7341 | |
| San Francisco, CA 94120-7341 | |
| Telephone number: (415)268-2300 | |
| Hours Open: | Date: |
| 9:00 am - 4:30 pm (Monday - Friday) | 02/16/01 |



**Minol**
15280 ADDISON ROAD SUITE 100
ADDISON TX 75001-4503

# UTILITIES Statement

Page 1

**Your New Statement**

**Last Month**
Previous Balance $0.00
Payments $0.00

Previous Balance Forward $0.00

**This Month** - Billing Date 11/28/2006
Current Charges $28.78
Adjustments, Taxes & Fees $0.00

New Charges This Month $28.78

**New Balance** $28.78

| IF PAID BY 12/08/2006 PAY | $28.78 |
| IF PAID AFTER 12/08/2006 PAY | $28.78 |

**AUTO**-**CH 5 DIGIT** 334 0343 145 46
STEPHEN DEMIRJIAN
500 N CONGRESS AVE APT C108
DELRAY BEACH FL 33445-4471

---

BILLING SUMMARY - WATERS EDGE

**ACCOUNT NUMBER: 0693-001-000051-00**

**Current Charges**

**SERVICE ADDRESS:**
500 N CONGRESS AVE APT C108
DELRAY BEACH FL 33445

**MESSAGES**
Access your account
and pay your bill
On-line at www.minolusa.com

WATER & SEWER SERVICE FROM 10/12/2006 TO 11/11/2006

| Transmitter/Meter Number | Current Reading | Previous Reading | Usage |
|---|---|---|---|
| T069000100010005108000 | 63920 | 61820 | 2100 |
| | | Total Usage | 2100 |

| Charge Description | Qty1 | Days | Qty2 | Rate | Unit | Amount |
|---|---|---|---|---|---|---|
| SEWER BASE | | 30 | 30 | 0.375333 | Per Day | $11.26 |
| SEWER | | 30 | 2100 | 0.002200 | Gallons | $4.62 |
| WATER BASE | | 30 | 30 | 0.318000 | Per Day | $9.54 |
| WATER | | 30 | 2100 | 0.001600 | Gallons | $3.36 |
| | | | | Total WATER & SEWER Charges | | $28.78 |

**Total Current Charges** $28.78

For Customer Service Call
1-888-630-0493
(Mon-Fri 7 am - 7 pm CST)
or email us at
info@minolusa.com

*Please detach at perforation below and return bottom portion with payment*

---

## Payment Coupon

**Account Number: 0693-001-000051-00**

00006930019 00000051000 0020061129 004 01 00 0000002878 0000002878

Please detach and return this portion with your payment. Please do not send cash. Make
checks or money orders payable to: **MINOL L.P.**
To ensure prompt credit please include your account number on your check or money order.

MINOL L.P.
PO BOX 650320
DALLAS TX 75265-0320

| Billing Date | 11/28/2006 |
| Balance Due | $28.78 |
| Payment Due Date | 12/08/2006 |
| Amount Due If Late | $28.78 |

Amount Enclosed [ ]

Name: STEPHEN DEMIRJIAN
500 N CONGRESS AVE APT C108
DELRAY BEACH FL 33445

Case: 01-30341   Doc# 237   Filed: 12/18/06   Entered: 01/12/07 16:20:21   Page 14 of 14