**Entered on Docket
January 31, 2007**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JAN 2 5 2007
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA


IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

I SHARP

Debtor

) Case No. 01-30341STC
)
)
) Chapter 7
)
) **ORDER TO PAY UNCLAIMED FUNDS**
)

It appearing that the check(s) made payable to <u>ActRight</u> in the total amount of <u>$1,493.34</u> was not cashed within the 90 day limit and an unclaimed money report was entered on <u>October 18, 2006</u> to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that <u>ActRight</u> is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of <u>$1,493.34</u> to the order of <u>ActRight, 40397 Calle Cancun, Indio, CA 92203.</u>

Dated <u>1-25-07</u>

_____
UNITED STATES BANKRUPTCY JUDGE

December 11, 2006

U. S. Bankruptcy Court
P. O. Box 7341
San Francisco, CA 94120-7341

Att: Clerk of the Court   Case 01-30341-SFC7
Re: iSharp fka eSharp, Debtor; Dwight Carlson (ActRight), Creditor

Dear Clerk of the Court:

This is a request for the unclaimed funds of $1,493.34 which belongs to me and appears on the enclosed <u>Notice of Unclaimed Dividends</u> regarding the above referenced case.

To verify the validity of my claim I've attached the following documents. Further, since the claim was filed, my company name changed from 'ActRight' to 'Bridge Concepts' and the address from 3374 Brittan Ave. # 13, San Carlos, CA 94070 to 40397 Calle Cancun, Indio, CA 92203.

A- Notice of Unclaimed Dividends

B- My original Invoice for the software

C- My Drivers License showing current address

D- Seller's Permit which shows original ActRight name and old address

E- Seller's Permit which shows current Bridge Concepts name and current address

F- Phone Bill for Feb. 2001 showing old number and address

G- Page 1 of <u>Order Upon Trustee's Objection to Claims-Set One</u> (just showing that the Court has corresponded with me.)

H- "Whois Search" document from the WEB which still lists my original ActRight name which was registered in my name many years ago

I- Affidavit of Service

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Dwight Carlson, ActRight (now Bridge Concepts)
40397 Calle Cancun
Indio, CA 92203
760-345-2842

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Riverside_ } ss.

On _Dec. 11 2006_ before me, _Julia Algara Notary Public_,
    Date                                  Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _Dwight Carlson_,
                                      Name(s) of Signer(s)

☐ ~~personally known to me~~

☑ proved to me on the basis of satisfactory evidence to be the person(~~s~~) whose name(~~s~~) is/~~are~~ subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity(~~ies~~), and that by his/~~her/their~~ signature(~~s~~) on the instrument the person(~~s~~), or the entity upon behalf of which the person(~~s~~) acted, executed the instrument.

WITNESS my hand and official seal.

_Julia Algara_
Signature of Notary Public

[Notary Seal: JULIA ALGARA, Commission # 1405510, Notary Public - California, Riverside County, My Comm. Expires Mar 15, 2007]

Place Notary Seal Above

─────────────── OPTIONAL ───────────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**
Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402    Item No. 5907    Reorder: Call Toll-Free 1-800-876-6827

E. LYNN SCHOENMANN, Trustee
800 Powell St
San Francisco CA 94108

Telephone: (415) 362-0415
Fax:       (415) 362-0416
Email:     lschoenmann@earthlink.net



FILED
OCT 18 2006
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:                          ) Case No. 01-30341 STC
                                )
ISHARP INC                      ) NOTICE OF UNCLAIMED DIVIDENDS
                                )
                                )
            Debtor(s)           )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

   Pursuant to Federal Rule of Bankruptcy Procedure 3010, the trustee in the above captioned case hereby turns over to the court, unclaimed dividend in the amount of $76,729.18. The name and address of the claimants entitled to the unclaimed dividends are as follows:

| Claim No. | Name & Address of Claimant | Amount | |
|---|---|---|---|
| 15 | KRISTIN PALMER<br>268 SEALE AVE<br>PALO ALTO CA 94301 | $364.78 | (CK#3010) |
| 1 | MARGARET M MADER<br>1100 RALSTON AVE 301<br>BELMONT CA 94002 | $575.83 | (CK#3017) |
| 2 | ACTRIGHT<br>DWIGHT CALRSON<br>3374 BRITTAN AVE 13<br>SAN CARLOS CA 94070 | $1,493.34 | (CK#3018) |
| 6 | OAKMEAD PRINTING INC<br>233 WEDDEL DR G<br>SUNNYVALE CA 94089 | $95.47 | (CK#3022) |

- 1 -

| | | | |
|---|---|---|---|
| 10 | TECH PARTNERS INTERNATIONAL<br>POB 191914<br>SAN FRANCISCO CA 94119-1914 | $7,911.95 | (CK#3026) |
| 27 | BIZAQ<br>ATTN CHARLES GRAHAM<br>WEST VIEW, STOCKLEIGH PAMEROY<br>NR CREDITON<br>DEVON EX174AU ENGLAND | $1,194.21 | (CK#3037) |
| 29 | HOTJOBS.COM LTD<br>ATTN JULIE SHEMAAK<br>406 W 31ST ST 9TH FL<br>NEW YORK NY 1001 | $875.27 | (CK#3039) |
| 32 | JENNIFER J FRIEDMAN<br>314 CHILVERTON ST<br>SANTA CRUZ CA 95062 | $1,957.83 | (CK#3041) |
| 34 | NICHOLAS POWERS<br>7 HOLLIES CLOSE, TWICKENHAM<br>LONDON TW1 4NL ENGLAND | $573.65 | (CK#3043) |
| 37 | DOTCLICK CORP<br>ATTN OLIVER JONES<br>327 SUMMER ST 4<br>BOSTON MA 02210 | $7,186.40 | (CK#3045) |
| 39 | DPI<br>214 LINCOLN ST 202<br>BOSTON MA 02134 | $5,100.98 | (CK#3047) |
| 41 | A HERNDON AND ASSOCIATES<br>5100 WESTHEIMER 200<br>HOUSTON TX 77056 | $3,901.27 | (CK#3048) |
| 42 | WEBZONE INC<br>AKA YIPES INC<br>3200 SCOTT BLVD<br>SANTA CLARA CA 95054 | $4,114.95 | (CK#3049) |
| 46 | PEOPLE ONSITE<br>370 BRIDGE PARKWAY STE 2<br>REDWOOD SHORES CA 94065 | $35,839.89 | (CK#3053) |
| 47 | ANNETTE CORMIER<br>540 N SANTA CRUZ AVE 271<br>LOS GATOS CA 95030 | $2,111.39 | (CK#3054) |

| | | | |
|---|---|---|---|
| 22 | JB HALE DESIGN<br>1386 CUERAVACA CIRCULO<br>MT VIEW CA 94040 | $3,431.97 | (CK#3033) |

TOTAL UNCLAIMED FUNDS          $76,729.18

DATED: October 13, 2006        BY: _____
                                   E. LYNN SCHOENMANN
                                   TRUSTEE

- 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Case No  01-30341-SFC7

ISHARP, INC., FKA ESHARP
Debtor(s)

Chapter  7

**AFFIDAVIT OF SERVICE**

Notice is hereby given to the court that on (date) 12/11/06 a copy of this application claiming funds in the amount of $ 1,493.34 on behalf of (creditor/claimant) DWIGHT CARLSON, ACTRIGHT, was mailed to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, P.O. Box 36055, San Francisco, CA 94102.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

X _____
Signature of Petitioner

12-11-06
Date

DWIGHT CARLSON, ACTRIGHT
Type or Print Name of Petitioner

40397 CALLE CANCUN
Mailing Address
INDIO, CA 92203

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of Riverside } ss.

On Dec 11, 2006, before me, Julia Algara Notary Public,
Name and Title of Officer (e.g., "Jane Doe, Notary Public")
personally appeared Dwight Carlson,
Name(s) of Signer(s)

[Notary Seal: JULIA ALGARA, Commission # 1405510, Notary Public - California, Riverside County, My Comm. Expires Mar 15, 2007]

☐ personally known to me

☑ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Julia Algara
Signature of Notary Public

Place Notary Seal Above

---- OPTIONAL ----

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**
Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402    Item No. 5907    Reorder: Call Toll-Free 1-800-876-6827



## CALIFORNIA
**DRIVER LICENSE**
EXPIRES 01-10-12   H0001221   CLASS:C

DWIGHT NORDELL CARLSON
40397 CALLE CANCUN
INDIO CA 92203

SEX:M   HAIR:GRY   EYES:HZL
HT:6-02  WT:230    DOB:01-10-30

12/20/2004 578 A7  FD/10

CALIFORNIA STATE BOARD OF EQUALIZATION

## SELLER'S PERMIT

ACCOUNT NUMBER

4/15/2000  SR  BHA  97-697834

ACTRIGHT
DWIGHT NORDELL CARLSON
3374 BRITTAN AVE.
SAN CARLOS, CA 94070

*THIS PERMIT DOES NOT AUTHORIZE THE HOLDER TO ENGAGE IN ANY BUSINESS CONTRARY TO LAWS REGULATING THAT BUSINESS OR TO POSSESS OR OPERATE ANY ILLEGAL DEVICE.*

IS HEREBY AUTHORIZED PURSUANT TO **SALES AND USE TAX LAW** TO ENGAGE IN THE BUSINESS OF SELLING TANGIBLE PERSONAL PROPERTY AT THE ABOVE LOCATION

*Not valid at any other address*

THIS PERMIT IS VALID UNTIL REVOKED OR CANCELED BUT IS NOT TRANSFERABLE. IF YOU SELL YOUR BUSINESS, OR DROP OUT OF A PARTNERSHIP, NOTIFY US OR YOU COULD BE RESPONSIBLE FOR SALES AND USE TAXES OWED BY THE NEW OPERATOR OF THE BUSINESS.

BOE-442-R-LZ REV. 12 (6-95)

## NOTICE TO INDIVIDUALS REGARDING
## INFORMATION FURNISHED TO THE BOARD OF EQUALIZATION

The Information Practices Act of 1977 and the Federal Privacy Act requires this agency to provide the following notice to individuals who are asked by the State Board of Equalization (Board) to supply information, including the disclosure of the individual's social security account number.

Individuals applying for permits, certificates, or licenses, or filing tax returns, statements, or other forms prescribed by this agency, are required to include their social security numbers for proper identification. [See Title 42 United States Code Section 405(c)(2)(C)(i)]. It is mandatory to furnish all the appropriate information requested by applications for registration, applications for permits or licenses, tax returns and other related data. Failure to provide all of the required information requested by an application for a permit or license could result in your not being issued a permit or license. In addition, the law provides penalties for failure to file a return, failure to furnish specific information required, failure to supply information required by law or regulations, or for furnishing fraudulent information.

Provisions contained in the following laws require persons meeting certain requirements to file applications for registration, applications for permits or licenses, and tax returns or reports in such form as prescribed by the State Board of Equalization: Alcoholic Beverage Tax, Sections* 32001-32556; Childhood Lead Poisoning Prevention Fee, Sections 43001-43651, Health & Safety Code, Sections 105275-105310; Cigarette and Tobacco Products Tax, Sections 30001-30481; Diesel Fuel Tax, Sections 60001-60709; Emergency Telephone Users Surcharge, Sections 41001-41176; Energy Resources Surcharge, Sections 40001-40216; Hazardous Substances Tax, Sections 43001-43651; Integrated Waste Management Fee, Sections 45001-45984; International Fuel Tax Agreement, Sections 9401-9433; Motor Vehicle Fuel License Tax, Sections 7301-8405; Occupational Lead Poisoning Prevention Fee, Sections 43001-43651, Health & Safety Code, Sections 105175-105197; Oil Spill Response, Prevention, and Administration Fees, Sections 46001-46751, Government Code, Sections 8670.1-8670.53; Publicly Owned Property, Sections 1840-1841; Sales and Use Tax, Sections 6001-7279.6; State Assessed Property, Sections 721-868, 4876-4880, 5011-5014; Tax on Insurers, Sections 12001-13170; Timber Yield Tax, Sections 38101-38908; Tire Recycling Fee, Sections 55001-55381, Public Resources Code, Sections 42860-42895; Underground Storage Tank Maintenance Fee, Sections 50101-50161, Health & Safety Code, Sections 25280-25299.96; Use Fuel Tax, Sections 8601-9355.

The principal purpose for which the requested information will be used is to administer the laws identified in the preceding paragraph. This includes the determination and collection of the correct amount of tax. Information you furnish to the Board may be used for the purpose of collecting any outstanding tax liability.

As authorized by law, information requested by an application for a permit or license could be disclosed to other agencies, including, but not limited to, the proper officials of the following: 1) United States governmental agencies: U.S. Attorney's Office; Bureau of Alcohol, Tobacco and Firearms; Depts. of Agriculture, Defense, Justice; Federal Bureau of Investigation; General Accounting Office; Internal Revenue Service; the Interstate Commerce Commission; 2) State of California governmental agencies and officials: Air Resources Board; Dept. of Alcoholic Beverage Control; Auctioneer Commission; Employment Development Department; Energy Commission; Exposition and Fairs; Food & Agriculture; Board of Forestry; Forest Products Commission; Franchise Tax Board; Dept. of Health Services; Highway Patrol; Dept. of Housing & Community Development; California Parent Locator Service; 3) State agencies outside of California for tax enforcement purposes; and 4) city attorneys and city prosecutors; county district attorneys, sheriff departments.

As an individual, you have the right to access personal information about you in records maintained by the State Board of Equalization. Please contact your local Board office listed in the white pages of your telephone directory for assistance. If the local Board office is unable to provide the information sought, you may also contact the Disclosure Office in Sacramento by telephone at (916) 445-2918. The Board officials responsible for maintaining this information, who can be contacted by telephone at (916) 445-6464, are: **Sales and Use Tax**, Deputy Director, Sales and Use Tax Department, 450 N Street, MIC:43, Sacramento, CA 95814; **Excise Taxes, Fuel Taxes and Environmental Fees**, Deputy Director, Special Taxes Department, 450 N Street, MIC:31, Sacramento, CA 95814; **Property Taxes**, Deputy Director, Property Taxes Department, 450 N Street, MIC:63, Sacramento, CA 95814.

*All references are to the California Revenue and Taxation Code unless otherwise indicated.




CALIFORNIA STATE BOARD OF EQUALIZATION

# SELLER'S PERMIT

ACCOUNT NUMBER

4/15/2000   SR    EHC   97-697834

BRIDGE CONCEPTS
DWIGHT NORDELL CARLSON
40397 CALLE CANCUN
INDIO, CA 92203-7418

*THIS PERMIT DOES NOT AUTHORIZE THE HOLDER TO E N G A GE IN ANY BUSINESS CONTRARY TO LAWS REGULATING THAT BUSINESS OR TO POSSESS OR OPERATE ANY ILLEGAL DEVICE.*

IS HEREBY AUTHORIZED PURSUANT TO **SALES AND USE TAX LAW** TO ENGAGE IN THE BUSINESS OF SELLING TANGIBLE PERSONAL PROPERTY AT THE ABOVE LOCATION

THIS PERMIT IS VALID UNTIL REVOKED OR CANCELED BUT IS NOT TRANSFERABLE. IF YOU SELL YOUR BUSINESS, OR DROP OUT OF A PARTNERSHIP, NOTIFY US OR YOU COULD BE RESPONSIBLE FOR SALES AND USE TAXES OWED BY THE NEW OPERATOR OF THE BUSINESS.

*Not valid at any other address*

**FOR GENERAL TAX QUESTIONS, PLEASE TELEPHONE OUR INFORMATION CENTER AT 1-800-400-7115.**

BOE-442-R REV. 13 (6-00)

## A MESSAGE TO OUR NEW PERMIT HOLDER

**As a seller, you have rights and responsibilities under the Sales and Use Tax Law. In order to assist you in your endeavor and to better understand the law, we offer the following sources of help:**

- Visiting our website at *www.boe.ca.gov*
- Visiting a district office
- Attending a Basic Sales and Use Tax Law Class offered at one of our district offices
- Sending your questions in writing to any one of our offices
- Calling our toll-free Information Center at 800-400-7115

**As a seller, you have the right to issue resale certificates for merchandise that you intend to resell. Conversely, you have the responsibility of not misusing resale certificates. While the sales tax is imposed upon the retailer;**

- You have the right to seek reimbursement of the tax from your customer
- You are responsible for filing and paying your sales and use tax returns timely
- You have the right to be treated in a fair and equitable manner by the employees of the Board
- You are responsible for following the regulations set forth by the Board

As a seller, you are expected to maintain the normal books and records of a prudent businessperson. You are required to maintain these books and records for no less than four years, and make them available for inspection by a Board representative when requested. You are also expected to notify us if you are buying, selling, adding a location, or discontinuing your business, adding or dropping a partner, officer, or member, or when you are moving any or all of your business locations. If it becomes necessary to surrender this permit, you should only do so by mailing it to a Board office, or giving it to a Board representative.

If you would like to know more about your rights as a taxpayer, or if you are unable to resolve an issue with the Board, please contact the Taxpayers' Rights Advocate office for help by calling toll-free, 888-324-2798 or 916-324-2798. Their fax number is 916-323-3319.

**Please post this permit at the address for which it was issued and at a location visible to your customers.**

THE STATE BOARD OF EQUALIZATION

# PACIFIC BELL 

Residence Flat Rate Service  
Account Number  
650 595-2983 629 N 6159  

Statement Date  
Feb 10, 2001  

DWIGHT CARLSON  
3374 BRITTAN AV  
APT 13  
SAN CARLOS CA  
94070-3420  

Page 1

| | | | |
|---|---|---|---|
| **Previous Charges** | Amount of last bill | | 35.25 |
| | Payment(s). Thank you. 1/25 | | 35.25 CR |
| | **Balance** | | .00 |
| **Current Charges** | Pacific Bell | Page 2 | 19.76 |
| | MCI WorldCom | Page 8 | 9.31 |
| | | | 29.07 |
| **Total Due** | Due by Mar 10, 2001 | | $29.07 |

**LATE CHARGE REMINDER.** A late charge may apply on Mar 14 if your payment has not been received.

Local Services and Related Charges $18.85  
(see reverse "Special Payment Conditions")

**Whom to Call**  
Pacific Bell - Customer service: 800-310-BELL or 800-310-2355  
Please visit our website at: www.pacbell.com  
For questions about other company charges, see company page.

- Local Calls (Zones 1 and 2)

### All Local Calls made are included in your Flat Rate Service.

- Zone 3 Calls

| | Date | Time | Place and Number Called | Type | Rate | Minutes | Amount |
|---|---|---|---|---|---|---|---|
| 7. | Jan22 | 5:05pm | MT VIEW CA 650 694-6420 | Direct | Eve | 6 | .10 |
| 8. | Jan23 | 12:49pm | MT VIEW CA 650 625-2185 | Direct | Day | 13 | .25 |
| 9. | Jan23 | 2:12pm | SSNFRNCSCOCA 650 808-8299 | Direct | Day | 1 | .07 |
| 10. | Jan25 | 9:44am | MT VIEW CA 650 625-2185 | Direct | Day | 1 | .07 |
| 11. | Feb 7 | 11:51am | SSNFRNCSCOCA 650 784-4386 | Direct | Day | 1 | .07 |
| 12. | Feb 7 | 12:40pm | MT VIEW CA 650 694-6420 | Direct | Day | 1 | .07 |
| 13. | Feb 7 | 2:06pm | HAYWARD CA 510 784-4286 | Direct | Day | 1 | .07 |
| | | | | | | | .70 |

**Total Pacific Bell Direct Dialed Calls** $.70

Entered on Docket
November 10, 2005
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: November 08, 2005

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

GOLDBERG, STINNETT, MEYERS & DAVIS
A Professional Corporation
DANIEL M. LINCHEY, ESQ., CA Bar #111739
ANDREW P. COLLIER, ESQ., CA Bar #232647
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392
Email: acollier@gsmdlaw.com

Attorneys for E. Lynn Schoenmann, Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

ISHARP, INC., FKA ESHARP,

Debtor.

Case No. 01-30341-SFC7

Chapter 7

### ORDER UPON TRUSTEE'S OBJECTIONS TO CLAIMS – SET ONE

Upon reading and considering Trustee's Objections To Claims – Set One and the Notice Of Opportunity For Hearing On Trustee's Objections To Claims – Set One, both filed herein on September 22, 2005, along with Trustee's Request For Entry Of Order By Default Upon Trustee's Objections To Claims – Set One and the supporting Declaration of Andrew P. Collier; and

GOOD CAUSE APPEARING for entry of the order requested by the Trustee;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Each of the following claims is allowed as a general unsecured claim with a distribution level of Section 726(a)(2) of the Bankruptcy Code, in the amount designated below for that claim:

| Claimant | Claim No. | Amount |
| --- | --- | --- |
| ActRight Dwight Carlson | 2 | $3,241.70 |

ORDER UPON TRUSTEE'S OBJECTIONS TO CLAIMS - SET ONE

1

# Network

## WHOIS Search

Find out who registered a [domain name] and view additional registration and Web site data with Network Solutions' enhanced WHOIS database. Network Solutions [WHOIS] searches across multiple registrar databases to give you registration information on millions of domain names with many different [registrars], regardless of where they are registered.

Our comprehensive WHOIS search results report gives you registration and expiration dates, contact information (if public) for the registrant and, if available, a thumbnail of the Web site home page with traffic ranking, meta descriptions, keywords and more.

### Search All WHOIS Records

Enter a search term:
actright.com ← ENTER NAME AND THE ATTACHED SHOWS MX NAME WITH ACTRIGHT

Search by:
- e.g. networksolutions.com
- e.g. vs1334
- e.g. 216.168.224.69

Search

### LEARN ABOUT DOMAIN NAMES

You'll get all the information you need to choose the right solution for you.

More

### RESOURCES

Pricing Chart
Glossary of Terms
Reseller Programs
Solutions for Your Small Business

### WHY NETWORK SOLUTIONS?

We are the leading provider of Internet services. Learn about our online expertise and how we can help you start and grow your business online.

More

↙ ENTER THIS TO GET HERE



(H)

## WHOIS Search Results



Tired of your old Web site?
Let our experts review and rate your Web site for FREE!

Drive More Traffic to Your Web Site!

WHOIS Record For

actright.com
Services from Network Solutions

– Let us help you get this domain name! –                – Keep personal information for this domain private

– Get peace of mind with a secure certificate –           – Display a security seal and gain visitor trust.

Registrant:
Act Right Systems
3374 Buron Ave, Suite 13
San Carlos, CA 94070
US

Domain Name: ACTRIGHT.COM

Administrative Contact :
Carson, Dwight
hgreeno@NETCOM.COM
3374 Buron Ave, STE 13
San Carlos, CA 94070
US
Phone: (xxx) xxx-xxxx  ← OLD NUMBER (EX. F)
Fax: 650-556-7860

Technical Contact :
EARTHLINK, INC.
domainmbug@corp.earthlink.net
1430 Saratoga Hills Rd.

We make it easy to find what you need.

Monster

Find any business

Saratoga, CA 95070
US
Phone: 408-867-0500
Fax: 408-867-0842

Record expires on 10-Dec-2008
Record created on 11-Dec-1998
Database last updated on 08-Oct-2003

Domain servers in listed order:

Current Registrar: NETWORK SOLUTIONS, LLC
IP Address:                  (ARIN & RIPE IP search)
IP Location:       —
Record Type:       Domain Name
Server Type:       Indeterminate
Lock Status:       REGISTRAR-LOCK
DMOZ:              no listings
Y! Directory:
Secure:            No
E-commerce:        No
Traffic Ranking:   Not available
Data as of:        14-Jun-2005



BUY THE AVAILABLE
EXTENSIONS
FOR THIS DOMAIN NAME

| actright | .net |
| actright | .org |
| actright | .info |
| actright | .biz |
| actright | .tv |
| actright | .us |
| actright | .cc |
| actright | .ws |
| actright | .bz |
| actright | .vg |
| actright | .gs |
| actright | .tc |
| actright | .ms |

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:



# ACTRIGHT
# INVOICE

3374 Brittan Ave. Ste. 13  
San Carlos, CA 94070  
650-594-2100

**No. 124**

Jan.24, 2001

To:  Erik Ochoa  
ISHARP  
2200 Bridge Parkway #101  
Redwood City, CA 94065

---

| 30 | ACT! 2000 CD's | @$98.50 e | $2,955.00 |
|---|---|---|---|
|  |  | Sales Tax 8% | 236.40 |
|  |  | S/H | 20.00 |
|  |  | **Total Invoice** | **$3,211.40** |

Received by _____

Date _____



# Office of the Clerk
## United States Bankruptcy Court, Northern District of California

# MEMORANDUM

TO: Jane Galvani, Judicial Assistant

FROM: Toni Taylor, Financial and Administrative Services Specialist

DATE: January 19, 2007

RE: *Court Order for Payment of Unclaimed Dividends*

---

Enclosed is one court order to be signed by the judge authorizing the payment of unclaimed funds. **Please advise the judge** that this claim has been thoroughly reviewed by the Financial Services section for completeness. The supporting documentation is attached. **Please return** the original signed order or certified copy **to my attention** so we can process the voucher to District Court for payment.

Thank you.

| CASE NO. | DEBTOR | CLAIMANT | AMOUNT |
|---|---|---|---|
| 01-30341 | I Sharp | ActRight | $1,493.34 |

Judge Carlson