

**FILED**

FEB 1 6 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: ) 
) Case No. 01-30341STC
I SHARP INC )
)
) Chapter 7
)
)
Debtor ) **ORDER TO PAY UNCLAIMED FUNDS**
)

It appearing that the check(s) made payable to <u>Annette Cormier</u> in the total amount of <u>$2,111.39</u> was not cashed within the 90 day limit and an unclaimed money report was entered on <u>October 18, 2006</u> to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that <u>Annette A. Cormier</u> is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of <u>$2,111.39</u> to the order of <u>Annette A. Cormier, 1400 Bancroft Avenue, San Leandro, CA 94577.</u>

Dated FEB 16 2007

_____
UNITED STATES BANKRUPTCY JUDGE