Entered on Docket
February 28, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 2 3 2007
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In Re:

    Isharp, Inc.                              Case No. 01-30341 STC

         Debtor

## ORDER TO RELEASE UNCLAIMED FUNDS

IT APPEARING THAT, AN AMOUNT OF $3,431.97 constituting unclaimed funds due to Jack B. Hale, Sole Proprieter of JB Hale Design in the above referenced case, are being held in the Court's registry account of unclaimed funds or on deposit with the United States Treasury according to Title 11 of the U.S. Code, section 347 (a).

IT ALSO APPEARING THAT, Keys Research, Attorney-in-fact for JB Hale Design has furnished all necessary documentation and otherwise has complied with the requirements for release of unclaimed funds, including all applicable provisions of 28 U.S.C. Section 2042. A Power of Attorney granting authority to petition the court to collect funds on behalf of the above referenced creditor has been filed.

THEREFORE, IT IS HEREBY ORDERED THAT, the Clerk of Court shall pay the unclaimed funds in the amount of $3,431.97 to the order of the following:

                JB Hale Design
                c/o Keys Research
                23630 SE 440th Street
                Enumclaw, WA 98022

Dated: 2-23-07

                                              United States Bankruptcy Judge

SUBMITTED AND APPROVED BY:

Attorney-in-fact for claimant
Charlene J. Keys
FEIN 61-1264203
Keys Research
23630 SE 440th Street
Enumclaw, WA 98022
(360) 825-7300

Signed copy to Financial Administrator