**FILED**

MAY 1 1 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA



# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In Re:                                  )
                                        )  Case No.    01-30341 STC
ISHARP, INC.                            )
                                        )
                                        )  Chapter 7
                                        )
                                        )
Debtor                                  )  **ORDER TO PAY UNCLAIMED FUNDS**
_____)

It appearing that the check(s) made payable to <u>People OnSite</u> in the total amount of

<u>$35,839.89</u> was not cashed within the 90 day limit and an unclaimed money report was entered on

<u>October 18, 2006</u> to close the account and transfer the monies to the Clerk, U. S. Bankruptcy

Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that <u>People OnSite</u> is now claiming the above monies in the application

attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of <u>$35,839.89</u> to the

order of <u>People OnSite, c/o Louis Haas, Haas & Najarian, 58 Maiden Lane, 2nd Floor, San</u>

<u>Francisco, CA 94108.</u>

Dated_____5-11-07_____

_____
UNITED STATES BANKRUPTCY JUDGE

**People OnSite, Inc.**
Douglas P. Vort
216 Walnut St.
Menlo Park, CA 94025
650-678-8951

November 16, 2006

United States Bankruptcy Court
Post Office Box 7341
San Francisco, CA 94120-7341
Attn: Toni Taylor

RE: Case No. 01-30341
People OnSite, Inc. *v.* ISharp, Inc.

Dear Ms. Taylor:

Prior to dissolution, I was the founder and president of People OnSite, Inc. This letter is an attempt to collect Unclaimed Dividends from ISharp, Inc. ("Creditor") in the amount of $35,839.89.

To support my right to this claim, I have enclosed here numerous items that identify me as the president of People OnSite as well as information showing that we did business at 370 Bridge Parkway, Redwood Shores, CA 94065. Items enclosed include:

- 2000 W-2 for D. Vort showing business address as 370 Bridge Parkway
- FY 2001 prepared tax returns showing same address
- Certificate dissolution and Assumption of Tax Liability. These items show that I personally paid the outstanding tax liability (copy of check is enclosed)
- A letter from me to our corporate attorney (Louis Haas) on company letterhead.
- Copy of my California drivers license
- Copy of my Social Security card

The enclosed information should be sufficient to establish that I am the rightful recipient of these funds. Should you have any questions regarding this letter please contact me directly at 650-678-8951.

Very truly yours,

PEOPLE ON SITE, INC.

DOUGLAS P. VORT
*President & CEO*

Douglas P. Vort
People On-Site, Inc.
216 Walnut St.
Menlo Park, CA 94025

November 19, 2006

United States Bankruptcy Court
Post Office Box 7341
San Francisco, CA 94120-7341
Attn: Ms. Toni Taylor

RE: **Case No. 01-30341**, *People On-Site, Inc.*

Dear Ms. Taylor:

In follow-up to our telephone conversation last Friday regarding the above mentioned case, this letter shall address the remaining questions you had.

With regards to the business addresses of People On-Site, the company moved from its original address, 1875 South Grant Street, San Mateo, CA to 370 Bridge Parkway, Redwood Shores, CA in 2000. Though I no longer possess any business cards with this address, it is on the letterhead that was previously provided to you. Additionally, please feel free to contact our previous landlord, Mr. Dana McManus of SJ Amoroso, at 650-654-1900.

As for the mailing of the check, please send the funds to our corporate attorney, Mr. Louis Haas of *Haas & Najarian*. The address is:

Haas & Najarian
Attn: Mr. Louis Haas
58 Maiden Lane
Second Floor
San Francisco, CA 94108

Mr. Haas has agreed to deposit the funds into an escrow account for proper distribution. Evidence of Haas & Najarian representing the firm is on several items previously provided to you.

Please do not hesitate to contact me directly at 650-678-8951 should you have any additional questions regarding this matter.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Very truly yours,

PEOPLE ON SITE, INC.

DOUGLAS P. VORT
*President & CEO*

E. LYNN SCHOENMANN, Trustee
800 Powell St
San Francisco CA 94108

Telephone: (415) 362-0415
Fax:       (415) 362-0416
Email:     lschoenmann@earthlink.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: ) Case No. 01-30341 STC
)
ISHARP INC ) NOTICE OF UNCLAIMED DIVIDENDS
)
)
Debtor(s) )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the trustee in the above captioned case hereby turns over to the court, unclaimed dividend in the amount of $76,729.18. The name and address of the claimants entitled to the unclaimed dividends are as follows:

| Claim No. | Name & Address of Claimant | Amount | |
|---|---|---|---|
| 15 | KRISTIN PALMER
268 SEALE AVE
PALO ALTO CA 94301 | $364.78 | (CK#3010) |
| 1 | MARGARET M MADER
1100 RALSTON AVE 301
BELMONT CA 94002 | $575.83 | (CK#3017) |
| 2 | ACTRIGHT
DWIGHT CALRSON
3374 BRITTAN AVE 13
SAN CARLOS CA 94070 | $1,493.34 | (CK#3018) |
| 6 | OAKMEAD PRINTING INC
233 WEDDEL DR G
SUNNYVALE CA 94089 | $95.47 | (CK#3022) |

- 1

```
10      TECH PARTNERS INTERNATIONAL    $7,911.95    (CK#3026)
        POB 191914
        SAN FRANCISCO CA 94119-1914

27      BIZAQ                          $1,194.21    (CK#3037)
        ATTN CHARLES GRAHAM
        WEST VIEW, STOCKLEIGH PAMEROY
        NR CREDITON
        DEVON EX174AU ENGLAND

29      HOTJOBS.COM LTD                $875.27      (CK#3039)
        ATTN JULIE SHEMAAK
        406 W 31ST ST 9TH FL
        NEW YORK NY 1001

32      JENNIFER J FRIEDMAN            $1,957.83    (CK#3041)
        314 CHILVERTON ST
        SANTA CRUZ CA 95062

34      NICHOLAS POWERS                $573.65      (CK#3043)
        7 HOLLIES CLOSE, TWICKENHAM
        LONDON TW1 4NL ENGLAND

37      DOTCLICK CORP                  $7,186.40    (CK#3045)
        ATTN OLIVER JONES
        327 SUMMER ST 4
        BOSTON MA 02210

39      DPI                            $5,100.98    (CK#3047)
        214 LINCOLN ST 202
        BOSTON MA 02134

41      A HERNDON AND ASSOCIATES       $3,901.27    (CK#3048)
        5100 WESTHEIMER 200
        HOUSTON TX 77056

42      WEBZONE INC                    $4,114.95    (CK#3049)
        AKA YIPES INC
        3200 SCOTT BLVD
        SANTA CLARA CA 95054

46      PROLINE ONSITE                 $35,839.89   (CK#3053)
        270 BRIDGE PARKWAY STE 2
        REDWOOD SHORES CA 94065

47      ANNETTE CORMIER                $2,111.39    (CK#3054)
        540 N SANTA CRUZ AVE 271
        LOS GATOS CA 95030
```

- 2 -

```
1   22      JB HALE DESIGN                    $3,431.97    (CK#3033)
            1386 CUERAVACA CIRCULO
2           MT VIEW CA 94040

3

4
    TOTAL UNCLAIMED FUNDS                     $76,729.18
5

6

7
    DATED: ____October 13, 2006____    BY: _____
8                                           E/ LYNN SCHOENMANN
                                            TRUSTEE
9
```

- 3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

_I Sharp, Inc._

Debtor(s)

) Case No. _01-30341_
)
)
)
) Chapter _7_
)
)
)
) **AFFIDAVIT OF SERVICE**
)

    Notice is hereby given to the court that on (date) _16-Nov-06_ copy of this application claiming funds in the amount of $ _35,837.85_, on behalf of (creditor/claimant) _People On Site_ _____, was mailed to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, P.O. Box 36055, San Francisco, CA 94102.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Douglas P. Vort_
Signature of Petitioner

_16-Nov-06_
Date

_Douglas P. Vort_
Type or Print Name of Petitioner

_216 Walnut St. Menlo Park, CA_
Mailing Address _94025_





# Form 1120

Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 1999 or tax year

beginning **APRIL 1, 1999** , ending **MARCH 31, 2000**

**EXTENSION GRANTED TO 12/15/00**

OMB No. 1545-0123

**1999**

**A Check if a:**
1. Consolidated return (attach Form 851)
2. Personal holding co. (attach Sch. PH)
3. Personal service corp (as defined in Temp. Regs. sec. 1.441-4T)

Use IRS label. Otherwise, print or type.

**Name**
PEOPLE ON-SITE, INC.

**Number, street, and room or suite no.** (If a P.O. box, see page 5 of instructions.)
370-2 BRIDGE PARKWAY

**City or town, state, and ZIP code**
REDWOOD CITY, CA 94065

**B** Employer identification number
94-3295394

**C** Date incorporated
03/25/1998

**D** Total assets (see page 6 of instructions)
$ ▬

**E Check applicable boxes:** (1) ☐ Initial return  (2) ☐ Final return  (3) ☒ Change of address

| | | | |
|---|---|---|---|
| **Income** | 1 a Gross receipts or sales ▬ | b Less returns and allowances ▬ | c Bal ▶ 1c |
| | 2 Cost of goods sold (Schedule A, line 8) | | 2 |
| | 3 Gross profit. Subtract line 2 from line 1c | | 3 |
| | 4 Dividends (Schedule C, line 19) | | 4 |
| | 5 Interest | | 5 |
| | 6 Gross rents | | 6 |
| | 7 Gross royalties | | 7 |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | | 8 |
| | 9 Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | | 9 |
| | 10 Other income (attach schedule) | | 10 |
| | 11 **Total income.** Add lines 3 through 10 | ▶ | 11 |
| **Deductions** | 12 Compensation of officers (Schedule E, line 4) | ▶ | 12 |
| | 13 Salaries and wages (less employment credits) | | 13 |
| | 14 Repairs and maintenance | | 14 |
| | 15 Bad debts | | 15 |
| | 16 Rents | | 16 |
| | 17 Taxes and licenses    SEE STATEMENT 1 | | 17 |
| | 18 Interest | | 18 |
| | 19 Charitable contributions | | 19 |
| | 20 Depreciation (attach Form 4562)   20 ▬ | | |
| | 21 Less depreciation claimed on Schedule A and elsewhere on return   21a | | 21b |
| | 22 Depletion | | 22 |
| | 23 Advertising | | 23 |
| | 24 Pension, profit-sharing, etc., plans | | 24 |
| | 25 Employee benefit programs | | 25 |
| | 26 Other deductions (attach schedule)   SEE STATEMENT 2 | | 26 |
| | 27 **Total deductions.** Add lines 12 through 26 | ▶ | 27 |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 28 |
| | 29 **Less: a** Net operating loss (NOL) deduction   STATEMENT 3   29a | | |
| | **b** Special deductions (Schedule C, line 20)   29b | | 29c |
| **Tax and Payments** | 30 **Taxable income.** Subtract line 29c from line 28 | | 30 |
| | 31 **Total tax** (Schedule J, line 12) | | 31 |
| | 32 **Payments: a** 1998 overpayment credited to 1999   32a | | |
| | **b** 1999 estimated tax payments   32b | | |
| | Less 1999 refund applied for on Form 4466   32c ( ) | d Bal ▶ | 32d |
| | **e** Tax deposited with Form 7004   32e ▬ | | |
| | **f** Credit for tax paid on undistributed capital gains (attach Form 2439)   32f | | |
| | **g** Credit for Federal tax on fuels (attach Form 4136)   32g | | 32h |
| | 33 Estimated tax penalty. Check if Form 2220 is attached   ☒ | | 33 |
| | 34 **Tax due.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | 34 |
| | 35 **Overpayment.** If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | 35 |
| | 36 Enter amount of line 35 you want: **Credited to 2000 estimated tax** ▶ ▬   **Refunded** ▶ | | 36 |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ▬   Date 28-NOV-00   Title PRESIDENT / CEO

**Preparer's** signature ▬   Date 11/27/00   Check if self-employed ☐   Preparer's SSN or PTIN ▬4155

Firm's name S. J. GALLINA & CO., LLP, CPA'S   EIN 94-2147510
84 W. SANTA CLARA ST., STE 700   ZIP code 95113-1809
SAN JOSE, CALIFORNIA

For Paperwork Reduction Act Notice, see instructions.

911611
12-06-99

1



**PeopleOnSite**®
Staffing the Information Age

August 3, 2001

Mr. Louis Haas
Haas & Najarian
58 Maiden Lane
Second Floor
San Francisco, CA  94108

          RE:   *I-Sharp*

Lou,

      I received the enclosed letter in the mail today.  Though I do not see that it requires any action on our part, it should probably be part of the file.

      Regards,

      PEOPLE ON-SITE, INC.

      DOUGLAS VORT

Case: 01-30341    Doc# 245    Filed: 05/11/07    Entered: 05/11/07 16:28:10    Page 10 of 30

GOLDBERG, STINNETT, MEYERS & DAVIS
A Professional Corporation
DANIEL M. LINCHEY, ESQ. #111739
DAMON G. MCCLAIN, ESQ. #209508
44 Montgomery Street, Suite 2900
San Francisco, California 94104
Telephone: (415) 362-5045

Attorneys for
E. Lynn Schoenmann, Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

ISHARP, INC., FKA ESHARP,
Debtor.

Case No. 01-30341-SFC7

Under Chapter 7

## NOTICE OF TRUSTEE'S APPLICATION FOR APPROVAL OF AUCTIONEER'S COMPENSATION AND EXPENSES

**TO THE DEBTOR, ALL CREDITORS, THE UNITED STATES TRUSTEE, AND OTHER PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE,** hereby given, that E. Lynn Schoenmann, trustee herein ("Trustee"), hereby applies to the bankruptcy court for an order approving the fees and expenses of Charyn Auctions ("Auctioneer"), the Trustee's auctioneer who conducted the auction of the estate's personal property, consisting of computer equipment, furniture and business supplies, on May 2, 2001. The sale proceeds received at auction totaled $607,180.00.

A portion of the equipment sold at the auction was equipment purportedly leased to the Debtor by Comdisco, Inc. ("Leased Property"). There is a dispute between Comdisco, Inc. ("Comdisco") and the Trustee regarding Comdisco's interest in the Leased Property. The Trustee contends that Comdisco sold the property to the Debtor under a security interest disguised as a lease and that Comdisco's lien is avoidable. In a stipulation between the Trustee and Comdisco ("Stipulation"), filed with the Court on April 30, 2001, Comdisco agreed to allow the Trustee to sell the Leased Property at auction free and clear of any interest Comdisco had in the Leased property. The Stipulation provided that Comdisco's interest in the Leased Property would attach to the net sale proceeds of the Leased Property to the same nature, extent, validity and priority as it held with regard to the Leased Property. Pursuant to the Stipulation, the Trustee will hold the proceeds from the sale of the Leased Property until the Bankruptcy Court issues an order determining the disposition of the proceeds from the sale of the Leased Property.

The Auctioneer agreed to perform the auction services in exchange for payment of a 10% sales commission on the gross sale price, plus expenses not to exceed $10,000.00. Due to a misunderstanding between the Auctioneer and the Trustee, the Auctioneer charged the buyers at the auction a 10% buyer's premium rather than taking 10% of the total auction sale proceeds as its fee, and as a result, there was no deduction from the bid price for the Auctioneer's commission. The total buyer's premium paid to the Auctioneer is 10% of the sale price which is equal to $60,718.00. As a result of the Auctioneer charging a

-1-

Case: 01-30341    Doc# 245    Filed: 05/11/07    Entered: 05/11/07 16:28:10    Page 11 of 30

GOLDBERG, STINNETT, MEYERS & DAVIS
A Professional Corporation
DANIEL M. LINCHEY, ESQ. #111739
DAMON G. MCCLAIN, ESQ. #209508
44 Montgomery Street, Suite 2900
San Francisco, California 94104
Telephone: (415) 362-5045

Attorneys for
E. Lynn Schoenmann, Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 01-30341-SFC7 |
| ISHARP, INC., FKA ESHARP, Debtor. | Under Chapter 7 |

### NOTICE OF TRUSTEE'S APPLICATION FOR APPROVAL OF AUCTIONEER'S COMPENSATION AND EXPENSES

**TO THE DEBTOR, ALL CREDITORS, THE UNITED STATES TRUSTEE, AND OTHER PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE,** hereby given, that E. Lynn Schoenmann, trustee herein ("Trustee"), hereby applies to the bankruptcy court for an order approving the fees and expenses of Charyn Auctions ("Auctioneer"), the Trustee's auctioneer who conducted the auction of the estate's personal property, consisting of computer equipment, furniture and business supplies, on May 2, 2001. The sale proceeds received at auction totaled $607,180.00.

A portion of the equipment sold at the auction was equipment purportedly leased to the Debtor by Comdisco, Inc. ("Leased Property"). There is a dispute between Comdisco, Inc. ("Comdisco") and the Trustee regarding Comdisco's interest in the Leased Property. The Trustee contends that Comdisco sold the property to the Debtor under a security interest disguised as a lease and that Comdisco's lien is avoidable. In a stipulation between the Trustee and Comdisco ("Stipulation"), filed with the Court on April 30, 2001, Comdisco agreed to allow the Trustee to sell the Leased Property at auction free and clear of any interest Comdisco had in the Leased property. The Stipulation provided that Comdisco's interest in the Leased Property would attach to the net sale proceeds of the Leased Property to the same nature, extent, validity and priority as it held with regard to the Leased Property. Pursuant to the Stipulation, the Trustee will hold the proceeds from the sale of the Leased Property until the Bankruptcy Court issues an order determining the disposition of the proceeds from the sale of the Leased Property.

The Auctioneer agreed to perform the auction services in exchange for payment of a 10% sales commission on the gross sale price, plus expenses not to exceed $10,000.00. Due to a misunderstanding between the Auctioneer and the Trustee, the Auctioneer charged the buyers at the auction a 10% buyer's premium rather than taking 10% of the total auction sale proceeds as its fee, and as a result, there was no deduction from the bid price for the Auctioneer's commission. The total buyer's premium paid to the Auctioneer is 10% of the sale price which is equal to $60,718.00. As a result of the Auctioneer charging a

-1-



## PeopleOnSite
### Staffing the Information Age

**370 Bridge Pkwy., Redwood Shores, CA 94065**

# Facsimile

| To: | Mr. Louis Haas | From: | Douglas Vort |
|---|---|---|---|
| **Fax:** | 415-391-0555 | **Fax:** | 650-595-7111 |
| **Phone:** | | **Phone:** | 650-595-8040 |
| **Re:** | | **Date:** | Monday, December 11, 2000 |
| | | **E-Mail:** | dvort@peopleonsite.com |

☐ **Urgent**  ☐ **For Review**  ☐ **Please Comment**  ☐ **Please Reply**  ☐ **Please Recycle**

● **Comments:**

*12/11/00 ——→ Thank Doug & advise per markups*

LOUIS N. HAAS*
DAVID E. BUNIM*
ROBERT C. NICHOLAS*
LAWRENCE P. BECK
CHRISTOPHER B. INGRAM
ANDREW R. WIENER
PATRICIA G. ROSENBERG
AARON M. GUMBINGER
SARAH E. GALVIN
*PROFESSIONAL CORPORATION

# HAAS & NAJARIAN

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

## ATTORNEYS AT LAW

SECOND FLOOR
58 MAIDEN LANE
SAN FRANCISCO, CALIFORNIA **94108**
TELEPHONE: (415) 788-6330
FAX NO: (415) 391-0555
E-MAIL: email@haasnaja.com

**WASHINGTON, D.C.**
1200 Nineteenth Street, N.W.
Suite 401
WASHINGTON, D.C. 20036-2408
TELEPHONE: (202) 483-5305

MELVIN K. NAJARIAN
1939-1992

OF COUNSEL
AARON S. MILBERG
DONALD A. FRIEND

2832.000

February 12, 2001

**BY FACSIMILE**
650-595-7111

Mr. Douglas P. Vort
People On-Site, Inc.
370 Bridge Parkway
Redwood Shores, CA 94065

Re:   *Letter of Credit Adjunctive to Client Services Agreement*

Dear Doug:

Pursuant to our conversation last week, for the appropriate potentially flaky client, you should add the following at the end of Section III.c of your existing Client Services Agreement:

"As a precondition to POS providing any contract employees to Client, Client agrees to provide POS with a standby, irrevocable letter of credit in the amount $_____ drawn on a bank acceptable to POS with an office (or a corresponding office) in the San Francisco Bay Area. POS may draw upon the letter of credit by providing: (1) An invoice or invoices dated at least seven days prior to the date of draw; and (2) employee time records signed by Client's designated representative substantiating each invoice. The letter of credit will contain standard commercial terms acceptable to POS."

Doug, if you have any further questions, please call.

With best wishes,

HAAS & NAJARIAN

LOUIS N. HAAS

LNH:bj
N:\CLIENTS\28\2832.004\vort02ltr.wpd

LAWRENCE GOLDBERG
TERRANCE L. STINNETT
MERLE C. MEYERS
DENNIS D. DAVIS
DANIEL M. LINCHEY
KATHERINE D. RAY
MIRIAM KHATIBLOU
JAMES B. DEVINE
DAMON G. MCCLAIN
KATHY L. QUON

LAW OFFICES
# GOLDBERG, STINNETT, MEYERS & DAVIS
A PROFESSIONAL CORPORATION
44 MONTGOMERY STREET, SUITE 2900
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE
(415) 362-5045

FACSIMILE
(415) 362-2392

dmcclain@gsmdlaw.com

January 28, 2002

President/CEO/Managing Agent
Peopleonsite
370 Bridge Parkway, Suite 2
Redwood Shores, CA 94065

Re:     iSharp, Inc., Debtor, Case No. 01-30341-SFC7

Dear Sir or Madam:

On February 6, 2001, iSharp, Inc. ("iSharp") filed a voluntary petition for relief pursuant to chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California, San Francisco Division ("Bankruptcy Court"). Our firm represents E. Lynn Schoenmann, trustee ("Trustee") appointed to oversee the administration of iSharp's chapter 7 bankruptcy case and the liquidation of its assets.

Following a review and analysis of iSharp's financial records by the Trustee's accountants, we have determined that iSharp made transfers to Peopleonsite in the amount of $83,994.90 within the ninety (90) days preceding the filing of its bankruptcy petition. Pursuant to the provisions of Section 547(b) of the Bankruptcy Code, a transfer by a debtor on account of an antecedent debt, such as the aforementioned payments to your firm, made within 90 days prior to the commencement of the bankruptcy case is avoidable and recoverable by the Trustee. Given the information and documents available to the Trustee, the aforementioned transfers received by Peopleonsite are avoidable pursuant to the Bankruptcy Code.

Accordingly, demand is hereby made upon Peopleonsite to pay the Trustee the sum of $83,994.90. This payment should be made by a check payable to "E. Lynn Schoenmann, trustee of the chapter 7 bankruptcy estate of iSharp, Inc." and delivered to the undersigned. In the event that Peopleonsite believes that it may avail itself of any of the statutory defenses enumerated in Section 547 of the Bankruptcy Code, a written and detailed statement of those defenses, accompanied by all supporting documentation, should be forwarded to the undersigned forthwith. Unless the undersigned receives full payment or a satisfactory explanation regarding why all or a portion of the transfers are not recoverable by the Trustee by February 8, 2002, the Trustee will consider further legal action to recover those transfers, including the initiation of an adversary proceeding in the Bankruptcy Court.

Very truly yours,

GOLDBERG, STINNETT, MEYERS & DAVIS
A Professional Corporation

By     Damon G. McClain

JR:jr
9662

cc: E. Lynn Schoenmann, Trustee

32431.doc

## EXHIBIT A

## PLAN OF LIQUIDATION AND DISTRIBUTION OF
## ASSETS OF PEOPLE ON-SITE, INC.
## A CALIFORNIA CORPORATION

PEOPLE ON-SITE, INC. (the "Corporation") shall be completely liquidated and dissolved and all of its property and assets shall be distributed to its Shareholders in complete redemption and cancellation of all its shares in accordance with the provisions of this plan of liquidation and distribution of assets (hereinafter the "Plan").

1.    Approval and Adoption of the Plan. This Plan shall become effective on the date upon which it is approved and adopted by the vote or written consent of Ninety Percent (90%) of the outstanding shares of the Corporation. The date of shareholder approval and adoption of the Plan is hereinafter called the "Effective Date."

2.    Cessation of Business. After the Effective Date, the Corporation shall cease to carry on business, except to the extent necessary to wind up its affairs and to preserve the value of its business and assets.

3.    Payment of Debts and Liabilities. Prior to making any distribution of assets to the Shareholders, the Board of Directors and officers shall pay all of the known, or ascertainable debts or liabilities of the Corporation, and all remaining debts and liabilities shall be assumed by Douglas Vort.

4.    Distribution. All of the property and assets of the Corporation, remaining after the payment of its debts and liabilities shall be distributed to its Shareholders in proportion to their equity interest in the Corporation as follows:

| Shareholder | Shares |
|---|---|
| Douglas Vort | 44,000 |
| John Murnin | 44,000 |
| Rosa Maria Pollard, as Trustee of the Rosa Maria Pollard Living Trust dated May 16, 2002 | 26,000 |

This distribution shall be in complete satisfaction of the rights of the Shareholders of the Corporation to distribution and liquidation of the assets. At the time of the Effective Date, the Corporation's stock transfer books shall be closed.

1.

February 6, 2007

Mr. John Murnin
2000 Carmelita Ave.
Burlingame, CA 94040

      RE:    *People OnSite*

John:

      Some two months ago, I was made aware of funds being held by the U.S. Bankruptcy Court in regards to People OnSite's claim against ISharp. As you may recall, ISharp declared bankruptcy and was unable to pay all invoices due POS. Upon ISharp filing Chapter 7, I submitted a claim to the courts on behalf of POS in an attempt to claim these funds should they become available. A settlement is now available in the amount of $35,000. As a shareholder in POS, you have a right to a portion of these funds.

      On behalf of POS, I submitted all the appropriate paperwork to the courts in an attempt to have the funds released to our counsel, Lou Haas, where he would take custody of the funds and distribute them accordingly. However, the courts want to verify that *all* POS shareholders have been made aware (and approve) of this situation prior to the funds being released.

      To that end, it is essential that you contact Ms. Toni Taylor of the U.S. Bankruptcy Court to discuss this matter. Ms. Taylor can be reached via electronic mail at toni_taylor@canb.uscourts.gov or directly at 415-268-2335 and reference case No. 01-30341

Very truly yours,

DOUGLAS P. VORT

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

I SHARP

)
) Case No_____01-30341 STC_____
)
)
) Chapter_____7__
)
)

_____
Debtor(s)

AFFIDAVIT OF
SERVICE

_____)

Notice is hereby given to the court that on (date) 2/6/07 a copy of this LETTER, was mailed to

JOHN MURNIN, 2000 CARMELITA AVE, BURLINGAME, CA 94040.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

_____
Signature of Petitioner

_____6-APRIL-07_____
Date

_____Douglas P. Vort_____
Type or Print Name of Petitioner

_____216 Walnut St. Menlo Park, CA_____
Mailing Address                                    94025

February 6, 2007

Mrs. Rose Pollard
1461 Drake Ave.
Burlingame, CA 94010

       RE:    *People OnSite*

John:

     Some two months ago, I was made aware of funds being held by the U.S. Bankruptcy Court in regards to People OnSite's claim against ISharp. As you may recall, ISharp declared bankruptcy and was unable to pay all invoices due POS. Upon ISharp filing Chapter 7, I submitted a claim to the courts on behalf of POS in an attempt to claim these funds should they become available. A settlement is now available in the amount of $35,000. As a shareholder in POS, you have a right to a portion of these funds.

     On behalf of POS, I submitted all the appropriate paperwork to the courts in an attempt to have the funds released to our counsel, Lou Haas, where he would take custody of the funds and distribute them accordingly. However, the courts want to verify that *all* POS shareholders have been made aware (and approve) of this situation prior to the funds being released.

     To that end, it is essential that you contact Ms. Toni Taylor of the U.S. Bankruptcy Court to discuss this matter. Ms. Taylor can be reached via electronic mail at toni_taylor@canb.uscourts.gov or directly at 415-268-2335 and reference case No. case 01-30341

Very truly yours,

*D. Vort*

DOUGLAS P. VORT

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

I  SHARP

_____
Debtor(s)

_____

)
)  Case No____01-30341 STC_____
)
)
)  Chapter_____7__
)
)

)

AFFIDAVIT OF
SERVICE

Notice is hereby given to the court that on (date) 2-6-0 7 a copy of this LETTER, was mailed to

ROSE POLLARD, 1461 DRAKE AVE,  BURLINGAME, CA 94010.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

_____
Signature of Petitioner

4-6-07
_____
Date

DouGlas VoRT
_____
Type or Print Name of Petitioner

216 WAlnut St. Menlo PARK 94025
_____
Mailing Address



2083478

## State of California
### Bill Jones
#### Secretary of State

P.O. Box 944230
Sacramento, CA 94244-2300
Phone: (916) 657-3537

98806129

# STATEMENT BY DOMESTIC STOCK CORPORATION
THIS STATEMENT MUST BE FILED WITH CALIFORNIA SECRETARY OF STATE (SEC. 1502, CORPORATIONS CODE)

**ENDORSED • FILED**
in the office of the Secretary of State
of the State of California

**NOV - 9 1998**

**BILL JONES, Secretary of State**

## A $10 FILING FEE MUST ACCOMPANY THIS STATEMENT

WHEN COMPLETING FORM, PLEASE USE BLACK TYPEWRITER RIBBON OR BLACK INK

### IMPORTANT—Please Read Instructions On Back Of Form

**1.** DUE DATE: JUNE 25, 1998

PEOPLE ON-SITE, INC.

DO NOT ALTER PREPRINTED NAME. IF ITEM NO. 1 IS BLANK, PLEASE ENTER CORPORATE NAME

**DO NOT WRITE IN THIS SPACE**

### THE CALIFORNIA CORPORATION NAMED HEREIN MAKES THE FOLLOWING STATEMENT

| | | |
|---|---|---|
| **2.** STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>1875 South Grant Street, Suite 540 | ROOM NO. | **2A.** CITY AND STATE<br>San Mateo, CA | **2B.** ZIP CODE<br>94402 |
| **3.** STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA (IF ANY) | ROOM NO. | **3A.** CITY<br>CA | **3B.** ZIP CODE |
| **4.** MAILING ADDRESS<br>1875 South Grant Street, Suite 540 | ROOM NO. | **4A.** CITY AND STATE<br>San Mateo, CA | **4B.** ZIP CODE<br>94402 |

### THE NAMES OF THE FOLLOWING OFFICERS ARE:
(Must have these three officers (Sec. 312, Corporations Code) An officer may hold more than one office

| | | | |
|---|---|---|---|
| **5.** CHIEF EXECUTIVE OFFICER<br>Douglas Vort | **5A.** STREET ADDRESS (SEE REVERSE SIDE)<br>1875 So. Grant St., Ste. 540 | **5B.** CITY AND STATE<br>San Mateo, CA | **5C.** ZIP CODE<br>94402 |
| **6.** SECRETARY<br>Brian Adkins | **6A.** STREET ADDRESS (SEE REVERSE SIDE)<br>1875 So. Grant St., Ste. 540 | **6B.** CITY AND STATE<br>San Mateo, CA | **6C.** ZIP CODE<br>94402 |
| **7.** CHIEF FINANCIAL OFFICER<br>John Murnin | **7A.** STREET ADDRESS (SEE REVERSE SIDE)<br>1875 So. Grant St., Ste. 540 | **7B.** CITY AND STATE<br>San Mateo, CA | **7C.** ZIP CODE<br>94402 |

### DIRECTORS INCLUDING DIRECTORS WHO ARE ALSO OFFICERS (Attach supplementary list if necessary) See attached
Must have one or more directors (Chap. 3, Sec 301a, Corporations Code) Statements not listing directors will be rejected supplementary list.

| | | | |
|---|---|---|---|
| **8.** NAME<br>Douglas Vort | **8A.** STREET ADDRESS (SEE REVERSE SIDE)<br>1875 So. Grant St., Ste. 540 | **8B.** CITY AND STATE<br>San Mateo, CA | **8C.** ZIP CODE<br>94402 |
| **9.** NAME<br>John Murnin | **9A.** STREET ADDRESS (SEE REVERSE SIDE)<br>1875 So. Grant St., Ste. 540 | **9B.** CITY AND STATE<br>San Mateo, CA | **9C.** ZIP CODE<br>94402 |
| **10.** NAME<br>Steve Pollard | **10A.** STREET ADDRESS (SEE REVERSE SIDE)<br>1875 So. Grant St., Ste. 540 | **10B.** CITY AND STATE<br>San Mateo, CA | **10C.** ZIP CODE<br>94402 |

**11.** THE NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY: -0-

### DESIGNATED AGENT FOR SERVICE OF PROCESS (Only one agent may be named and must reside in California)

**12.** NAME
Douglas Vort

**13.** CALIFORNIA STREET ADDRESS IF AGENT IS AN INDIVIDUAL. (DO NOT USE P.O. BOX) DO NOT INCLUDE ADDRESS IF AGENT IS A CORPORATION.
1875 South Grant Street, Suite 540, San Francisco, CA 94402

### DESCRIBE TYPE OF BUSINESS OF THE CORPORATION NAMED IN ITEM 1

**14.** TYPE OF BUSINESS
Staffing Agency

**15.** I DECLARE THAT I HAVE EXAMINED THIS STATEMENT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE, CORRECT AND COMPLETE.

| Douglas Vort | _Douglas Vort_ | President | 11/6/98 |
|---|---|---|---|
| TYPE OR PRINT NAME OF SIGNING OFFICER OR AGENT | SIGNATURE | TITLE | DATE |

SO-200 C (REV. 11/95)

95 30621

Directors Supplemental List

| Name | Address |
|------|---------|
| Brian Adkins | 1875 So. Grant Street, Suite 540, San Mateo, CA  94402 |
| Rashid Massim | 1875 So. Grant Street, Suite 540, San Mateo, CA  94402 |
| Tarig Kahn | 1875 So. Grant Street, Suite 540, San Mateo, CA  94402 |
| Michael King | 1875 So. Grant Street, Suite 540, San Mateo, CA  94402 |

N:\CLIENTS\16\1610.10Z\DIR-SUPP.LST

| a Control number | | | Copy C For **EMPLOYEE'S RECORDS** (See Notice to Employee on back of Copy 'B') or |
|---|---|---|---|
| | | OMB No. 1545-0008 | Copy **2** to be Filed With Employee's State, City or Local Income Tax Return |

| b Employer identification number 94-3295394 | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
| PEOPLE ON SITE, INC. 370 BRIDGE PARKWAY #2 REDWOOD SHORES, CA 94065 | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code DOUGLAS P. VORT 2095 CALIFORNIA ST. #205 SAN FRANCISCO, CA 94109 | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | 13 See instrs. for box 13 | 14 Other |

| 15 | Statutory employee | Deceased | Pension plan | Legal rep. | Deferred compensation |
|---|---|---|---|---|---|

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| CA | | 0.00 | 0.00 | | | |

Form **W-2** Wage and Tax Statement **2000**

Department of the Treasury—Internal Revenue Service
This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.



## SECRETARY OF STATE

I, *BILL JONES*, Secretary of State of the State of California, hereby certify:

That the attached transcript of __1__ page(s) has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.



*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this day of

AUG 1 2 2002

Secretary of State

Sec/State Form CE-107 (rev. 9/98)

# CERTIFICATE OF DISSOLUTION

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

JUL 1 8 2002

BILL JONES, Secretary of State

The undersigned certify that:

1.     They constitute a majority of the directors now in office of PEOPLE ON-SITE, INC., a California corporation.

2.     The corporation has been completely wound up.

3.     The corporation's known debts and liabilities have been adequately provided for by their assumption by Douglas Vort, 2444 Old Middlefield Way, Mountain View, California 94043.

4.     The known assets have been distributed to the persons entitled thereto.

5.     A person or corporation assumes the tax liability, if any, of the dissolving corporation as security for the issuance of a tax clearance certificate from the Franchise Tax Board and is responsible for additional corporate taxes, if any, that are assessed and that become due after the date of the assumption of the tax liability.

6.     The election to dissolve was made by the vote of all the outstanding shares.

7.     The corporation is dissolved.

We further declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of our own knowledge.

Date: 25- June , 2002

DOUGLAS VORT, Director

JOHN MURNIN, Director

N:\CLIENTS\28\2832.001\pos certificate of dissolution.wpd



**FRANCHISE TAX BOARD**
PO BOX 1468
SACRAMENTO CA 95812 1468

In reply refer to
396:TT

November 1, 2002

AARON M GUMBINGER ESQ
HAAS & NAJARIAN
58 MAIDEN LN FLOOR 2
SAN FRANCISCO CA 94108

ENTITY ID : 2083478
PEOPLE ON-SITE, INC.

We acknowledge your request for a Tax Clearance Certificate.

A corporation is required to file a return for each year and pay at
least the minimum tax until it is dissolved or withdrawn through the
Office of the Secretary of State. The dissolution or withdrawal
cannot be completed until a Tax Clearance Certificate is issued by
this office indicating all taxes have been paid or are otherwise
secured.

A minimum tax of $800.00 must be paid for each accounting period even
though the corporation is inactive or operated at a loss.

Our records show that this corporation was granted a conditional
dissolution by the Office of the Secretary of State effective 07/18/02.
Until that date, the corporation remains subject to tax, including the
minimum franchise tax provisions of the Bank and Corporation Tax Law.

The individual assumption furnished is not acceptable because it was
not signed. The financial statement received was signed. The original
signature must be on the completed individual assumption form
(page 2 of form 3555).

The corporation must provide an assumer or file a final tax return and
request a Tax Clearance Certificate on a taxes paid basis. (Refer to
enclosed FTB 1038).

A Tax Clearance Certificate may be issued if the balance due as stated
below is paid:

| INCOME YEAR ENDED | DESCRIPTION OF UNPAID LIABILITY | AMOUNT |
|---|---|---|

November 1, 2002
AARON M. GUMBINGER, ESQ
ENTITY ID : 2083478
Page 2


07/02                    Assessment based on data furnished
                         Tax              $800.00

                         Balance due                    $800.00

Please return a copy of this letter with your response, using the
enclosed envelope.

Tax Clearance Unit
Special Activities Group
P. O. Box 1468
Sacramento, CA  95812-1468


J DIAZ
GENERAL TAX AUDIT
TELEPHONE  (916) 845-4711

RTF:

Please complete Section A or B below.

## A. INDIVIDUAL ASSUMPTION OF TAX LIABILITY

| Corporation name | California corporation number |
|---|---|
| People On-Site, Inc. | C2083478 |

| Current address | Phone number | Federal employer identification number |
|---|---|---|
| 2444 Old Middlefield Way Mountain View, CA 94043 | ( 650 ) 967-8186 | 94-3295394 |

I unconditionally agree to file or cause to be filed with the Franchise Tax Board, under the provisions of the Bank and Corporation Tax Law, all tax returns and data required and to pay in full all accrued or accruing tax liabilities, penalties, interest, and fees due from the above named corporation at the effective date of dissolution or surrender.

My net worth (assets minus liabilities) is not less than: $████████████████.

*(We require a detailed financial statement [PAGE 3].)*

| Name of individual assumer (print) | Social security number |
|---|---|
| Douglas Vort | ███████████████ |

| Address | |
|---|---|
| 6 Knot Lane | |
| Redwood Shores, CA 94065 | Phone number (650) 641-1000 |

| Date | Signature |
|---|---|
| 18-NOV-02 | D. Vort |

## B. TRUST ASSUMPTION OF TAX LIABILITY

| Corporation name | California corporation number |
|---|---|
| | |

| Current address | Phone number | Federal employer identification number |
|---|---|---|
| | ( ) | |

This trust unconditionally agrees to file or cause to be filed with the Franchise Tax Board, under the provisions of the Bank and Corporation Tax Law, all tax returns and data required and to pay in full all accrued or accruing tax liabilities, penalties, interest, and fees due from the above named corporation at the effective date of dissolution or surrender:

*(We require a detailed financial statement [PAGE 3].)*

| Name of trust | Trust federal identification number |
|---|---|
| | |

| Address | |
|---|---|
| | |
| | Phone number ( ) |

| Date | Trustee's name (print) |
|---|---|
| | Trustee's signature |

FOR PRIVACY ACT NOTICE, SEE FORM FTB 1131.

FTB 3555 C1 (REV 09-2001)  PAGE 2



People On Site, Inc

**Douglas P. Port**
2095 California St., No. 205
San Francisco, Ca 94109

3091

DATE 18-Nov-02

PAY TO THE
ORDER OF _Tax Clearance Unit_ $ 802.00

_Eight Hundred Dollars_ XX DOLLARS

Wells Fargo Bank, N.A.
California
www.wellsfargo.com

MEMO _Entity ID 2083478_ MP



# California Business Portal

Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search Corporations**

Printer Friendly Page

New Search

Search Tips

Field Definitions

Status Definitions

Name Availability

Corporate Records

**Business Entities Records Order Form**
   Certificates
   Copies
   Status Reports

FAQS

Corporations Main Page

Site Search

## Corporations

The information displayed here is current as of "APR 27, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
| --- |
| PEOPLE ON-SITE, INC. |
| **Number:** C2083478 **Date Filed:** 3/25/1998 **Status:** dissolved |
| **Jurisdiction:** California |
| **Address** |
| 370 BRIDGE PKWY |
| REDWOOD SHORES, CA 94065 |
| **Agent for Service of Process** |
| DOUGLAS R VORT |
| 370 BRIDGE PKWY |
| REDWOOD SHORES, CA 94065 |

Printer Friendly

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. **Privacy Statement**.